JS-6

Rafael Nendel-Flores, CA Bar No. 223358
rafael.nendel-flores@ogletreedeakins.com
Christian Keeney, CA Bar No. 269533
christian.keeney@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714.800.7900
Facsimile: 714.754.1298

Attorneys for Defendant,
CENTRAL TRANSPORT LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| LUIS BAILON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CENTRAL TRANSPORT LLC and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. EDCV14-00661 VAP (DTBx)<br><br>[Assigned for All Purposes to Hon. Virginia A. Phillips]<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS BROUGHT BY PLAINTIFF**<br><br>Action Filed: February 5, 2014<br>Removal Filed: April 3, 2014 |

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice as to all claims brought by Plaintiff. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED:

DATED: _August 6, 2014

*Virginia A. Phillips*

Judge of the United States District Court